| AO-10 Rev. 1/89 | **FINANCIAL DISCLOSURE REPORT** | Annual Report Due by May 15 from Judicial Officers and certain Judicial Employees (28 USCA App. I, §§ 301-09) |
|---|---|---|

| Person Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| Birch, Stanley F. (Jr.) | United States Court of Appeals for the Eleventh Circuit | 3 / 22/90 |

| Title | Date of Entry/Nomination/Termination (only if initial or final report) | Reporting Period (Calendar year, or inclusive dates) |
|---|---|---|
| Circuit Judge (nominee) | 3 /22 /90 | 01/01/89– 3 / 22/90 |

| Home or office address |
|---|
| 452 Ivy Park Lane Atlanta, Georgia 30342 |

**IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 15-17 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Director, President, Treasurer | Stanley F. Birch, Jr., P.C. (a Georgia professional corporation) |
| Partner (through professional corporation) | Vaughan, Davis, Birch & Murphy (a partnership of professional corp.) |
| Director | Federal Defender Program, Inc. |

(continued on separate attached page)

## II. AGREEMENTS. (Reporting individual only; see p. 17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| April 1, 1990 | Stanley F. Birch, Jr.; Stanley F. Birch, Jr., P.C.; ·Vaughan, Davis, Birch |
| | & Murphy; C. David Vaughan, P.C.; Charles C. Murphy, Jr., P.C.; |
| | Douglas W. Kessler, P.C. (continued on separate attached page) |

## III. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| | Stanley F. Birch, Jr., P.C. - Salary/Distributions | $ 170,176 |
| | Philip White Properties, Inc. | $ spouse |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Birch, Stanley F. Jr. | 3 /22 /90 |

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [X] NONE (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [X] NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [ ] NONE (No reportable liabilities) | | |
| First National Bank of  Gainesville, Georgia | Note | O |
| Trust Company Bank | Note | N |
| First National Bank of Atlanta | Note | M |
| Forest City Capital Corporation | Note/Mortgage | N |
| | | |
| | | |

* VALUE CODES:   J = $0 to $1,000   K = $1,001 to $5,000   L = $5,001 to $15,000   M = $15,001 to $50,000
N = $50,001 to $100,000   O = $100,001 to $250,000   P = over $250,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Birch, Stanley F. Jr. | Date of Report<br>3 /22 /90 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A.<br>Description of Assets<br>(Including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income<br>during period | | C.<br>Gross value at<br>end of period | | D.<br>Transactions during period<br>(Reporting individual and spouse) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt.<br>Code¹<br>(A-H) | Type<br>(e.g., div.) | Value<br>Code²<br>(J-P) | Value<br>Method<br>Code³<br>(Q-W) | Type<br>(e.g., sold) | Date:<br>Month-<br>Day | Value<br>Code²<br>(J-P) | Gain<br>Code¹<br>(A-H) | Identity of<br>buyer/seller<br>(if private transaction) | |
| **NONE** (No reportable income; assets, or transactions) | | | | | | | | | | |
| 1 Vaughan, Davis, Birch & Murphy (ownership interest | A | | A | | Sold | 4/1/89 | E | E | Professional corporation of | |
| 2  through Stanley F. Birch, Jr., P.C.) | | | | | | | | | other professional corporations | |
| 3 Stanley F. Birch, Jr., P.C. (ownership interest) | A | | F | U | | | | | | |
| 4 3060 Pharr Court North Condominium | E | Rental | G | V | | | | | | |
| 5 Lot 1825 - Chickasaw Point Lake Lot | A | | F | V | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100)<br>E = $5,001 to $15,000 | B = $101 to $1,000<br>F = $15,001 to $50,000 | C = $1,001 to $2,500<br>G = $50,001 to $100,000 | D = $2,501 to $5,000<br>H = over $100,000 |
|---|---|---|---|---|
| 2 Value Codes: | J = exempt ($0 to $1,000)<br>N = $50,001 to $100,000 | K = $1,001 to $5,000<br>O = $100,001 to $250,000 | L = $5,001 to $15,000<br>P = over $250,000 | M = $15,001 to $50,000 |
| 3 Value Method Codes: | Q = Appraisal<br>U = Book value | R = Cost (real estate only)<br>V = Other | S = Assessed value<br>W = Estimated | T = Cash/market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Birch, Stanley F. Jr. | 3/22/90 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

☐ Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _____     Date _March 22. 1990_

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

1.   Mail signed original and 3 additional copies to:       Judicial Ethics Committee
                                                            Administrative Office of the
                                                            United States Courts
                                                            Washington, DC 20544

2.   Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)

Digitized by Google